UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

2005 JUN 10 PM 4: 42

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D OF TN. MEMPHIS

U.S.A. vs. THOMAS P. KIRACOFE          Docket Nos.   2:97CR20283-001
                                                     2:97CR20275-001

## Petition on Probation and Supervised Release

**COMES NOW** __NICOLE D. PETERSON__, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Thomas P. Kiracofe__ who was placed on supervision by the Honorable __Bernice B. Donald__ sitting in the Court at __Memphis, TN__, on the __18th__ day of __November__, 1998, who fixed the period of supervision at __three (3) years__, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

(1)   The defendant shall submit to drug screens, a drug program, and mental health treatment as directed by the Probation Office.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

Due to lack of family support and financial hardship, Mr. Kiracofe does not have a viable residence. He has indicated his willingness to seek the assistance of the halfway house staff in securing employment and stable residence by his signature on the Probation Form 49 (Waiver of Hearing to Modify the Conditions of Supervised Release).

**PRAYING THAT THE COURT WILL ORDER** that the conditions of Mr. Kiracofe's Supervised Release be modified to include up to one hundred twenty (120) days placement in a halfway house.

| ORDER OF COURT | RESPECTFULLY, |
|---|---|
| Considered and ordered this _10th_ day of _June_, 2005, and ordered filed and made a part of the records in the above case.<br><br>_____<br>United States District Judge | _____<br>NICOLE D. PETERSON<br>United States Probation Officer<br><br>Place: Memphis, Tennessee<br><br>Date: June 9, 2005 |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-13-05

## United States District Court

<u>WESTERN</u> **District** <u>TENNESSEE</u>

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

    The defendant shall serve up 120 days community confinement.

Witness: _____  
NICOLE D. PETERSON  
U. S. Probation Officer  

Witness: _____  
JOHNETTA NORMAN, Supervising  
U. S. Probation Officer  

Signed: _____  
THOMAS P. KIRACOFE  
Probationer/Supervised Releasee  

6-10-05  
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:97-CR-20283 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

L. Daniel Johnson
JOHNSON COCKE & BRANDON
254 Court Ave.
Ste. 300
Memphis, TN 38103

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT